**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **CHECKPOINT SYSTEMS, INC.,** | ) | Case No. 5:11-cv-01199 |
| | ) | |
| **Plaintiff,** | ) | (Judge Sara Lioi) |
| | ) | |
| v. | ) | |
| | ) | |
| **HANGZHOU CENTURY CO., LTD d/b/a** | ) | **NOTICE OF APPEARANCE** |
| **CENTURY PLASTIC & ELECTRONIC** | ) | |
| **CO., LTD., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Please take notice that Matthew Delaney, Esq. of the law firm Sand & Sebolt, LLP hereby enters his appearance as additional counsel for Plaintiff Checkpoint Systems, Inc. Please include Mr. Delaney in the service of all future pleadings, notices and filings in this matter.

                                                                            Respectfully submitted,

| | |
|---|---|
| Steven A. Weiss | /s/James F. McCarthy III |
| Robert J. Palmersheim | James F. McCarthy III (0002245) |
| Marcus D. Fruchter | Sand & Sebolt |
| SCHOPF & WEISS LLP | Aegis Tower |
| One South Wacker Drive, 28th Floor | 4940 Munson Street, N.W., Suite 1100 |
| Chicago, IL 60606 | Canton, OH 44718 |
| Telephone: (312) 701-9300 | Telephone: (330) 244-1174 |

## **CERTIFICATE OF SERVICE**

    A copy of the foregoing Notice of Appearance was electronically filed with the Court this 3rd day of May, 2012, and will be served upon counsel of record *via* the Court's electronic filing system.

                                              /s/James F. McCarthy III
                                              James F. McCarthy III

KTBH: 4834-5608-8079, v.  1