UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHECKPOINT SYS., INC., | ) | CASE NO.  5:11CV1199 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| HANGZHOU CENTURY CO. LTD., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

This case having been settled by agreement of the parties, this case hereby is dismissed with prejudice. Any and all releases, agreements or judgment entries necessary to comply with this settlement shall be executed by the interested parties.

A final Agreed Entry, approved by counsel for all parties, shall be filed with the Court on or before November 21, 2014.

The Court retains jurisdiction to resolve disputes concerning the memorialization of the settlement agreement in this matter.  *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

This case hereby is closed.

**IT IS SO ORDERED**.

Dated: October 21, 2014

_____
**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**